IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENNY TURNER, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0177-M |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Lenny Turner.

DONE this 17th day of November, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE